# UNITED STATES DISTRICT COURT
## District of Minnesota

Erick Machado Morillo,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-408 LMP/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Erick M. M.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** immediately to release Erick M.M. from custody;
3. No later than 5 p.m. on January 26, 2026, the Government is **ORDERED** to file a status report certifying its compliance with this Order.

Date: 1/23/2026

KATE M. FOGARTY, CLERK